IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**SUSAN KAY WEST**                                                  **PLAINTIFF**

**VERSUS**                             **CIVIL ACTION NO. 1:10CV142-HSO-JMR**

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF SOCIAL SECURITY**                      **DEFENDANT**

### FINAL JUDGMENT

This matter is before the Court on the Report and Recommendation [12] of Chief United States Magistrate Judge John M. Roper entered in this cause on July 22, 2011, and on the Plaintiff's Motion for Reversal [11] pursuant to 42 U.S.C. § 405(g) filed on June 21, 2011.  The Court, by separate Order entered this date, has adopted said Report and Recommendation as the finding of this Court, affirmed the decision of the Commissioner, and denied Plaintiff's Motion for Reversal [11]. Accordingly,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, Plaintiff's case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 23rd day of August, 2011.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE